I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11/6/08

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
NOV - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL OMAR SIMS, | Case No. CV 07-4857-AG (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| JOHN MARSHALL, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: OCT 31, 2008

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE